MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Facsimile: (415) 436-7234
    E-Mail: carolyn.silane@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | No. CR 3-12-71284-MAG |
|     Plaintiff,          ) | |
|       v.            ) | **STIPULATION AND [PROPOSED]** |
|                  ) | **ORDER CONTINUING APPEARANCE** |
| GEORGE ZEVADA,         ) | **DATE AND EXCLUDING TIME** |
|                  ) | **PURSUANT TO FED. R. CRIM. P. 5.1 &** |
|     Defendant.       ) | **18 U.S.C. § 3161** |
| _____ ) | |

       The parties, by and through counsel, stipulate and agree as follows:

       1.   The time limits in Fed. R. Crim. P. 5.1(c) shall be extended to and until June 28, 2013,

and the hearing scheduled for June 3, 2013, vacated.

       2.   Counsel for the United States and the defendant wish to exchange certain information,

and to meet and confer prior to the time of Indictment to discuss a potential resolution of the

case.  Counsel for the defendant believes based on the charge alleged in the Complaint that it is

in the best interest of the defendant to obtain further information, consult with the defendant, and

meet with the government prior to Indictment; counsel for the government believes that it is in

the interests of justice to do so.  The parties agree that extending the time limits of Rule 5.1

serves the ends of justice and outweighs the interests of the public and the defendant in a speedy trial, and that failing to extend the time limits would deny counsel for the government and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7).

3. The hearing scheduled for June 3, 2013, should be vacated. The next court appearance in this case shall be June 28, 2013, 2013, at 9:30 am before the duty magistrate in San Francisco, for preliminary hearing or indictment. The parties may seek further extension of the time limits in Rule 5.1(c) by stipulation. SO STIPULATED AND AGREED,

MELINDA HAAG
United States Attorney

DATED: May 31, 2013 _____/s/_____
CAROLYN SILANE
Special Assistant United States Attorney

DATED: May 31, 2013 _____/s/_____
STUART HANLON
SARA RIEF
Attorneys for George Zevada

## [PROPOSED] ORDER

Pursuant to stipulation, Fed. R. Crim. P. 5.1, and 18 U.S.C. 3161(h)(7), IT IS SO ORDERED.

DATED: June 4, 2013 _____
HON. LAUREL BEELER
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 3-12-71284